STEVEN L. CRAWFORD #166488
Law Office of Steven L. Crawford
192 North 11th Street
Grover Beach, CA 93433
Tel: (805)458-6312
Fax: (805)498-2001
slcrawfordlaw@gmail.com

Attorney for Defendant
         JAYCEE BRYANT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:14CR00154 LJO |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER |
| JAYCEE BRYANT, | TO ADVANCE SENTENCING HEARING |
| Defendant. | Date: January 20, 2015 |
| | Time: 8:30 am |
| | Courtroom: 4 |

**TO:  THE HONORABLE JUDGE LAWRENCE J. O'NEILL, and TO THE UNITED STATES ATTORNEYBEJAMIN WAGNER AND AUSA KIMBERLY SANCHEZ:**

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the sentencing hearing in the above captioned matter now set for Monday, February 9, 2015, at 8:30 a.m. be advanced to **Tuesday, January 20, 2015, at 8:30 a.m.**  This request is made by both counsel with the intention of conserving time and resources for both parties and the court.

- 1

**IT IS SO STIPULATED**.

                                Respectfully submitted,

Dated: January 9, 2015   by:  /Steven L. Crawford/
                                        Steven L. Crawford
                                        Attorney for Defendant
                                        JAYCEE BRYANT

Dated: January 9, 2015   by:   /Kimberly A. Sanchez/
                                        Kimberly A. Sanchez
                                        Assistant United States Attorney

**ORDER**

Based upon the stipulation of the parties and good cause appearing therefor, it is hereby ORDERED that the date of the sentencing hearing of the defendant in the above entitled case be advanced from Monday, February 9, 2015, at 8:30 am to Tuesday, January 20, 2015, at 8:30 am.

IT IS SO ORDERED.

   Dated:   **January 9, 2015**              **/s/ Lawrence J. O'Neill**
                                                         UNITED STATES DISTRICT JUDGE